FIREPROOF PRODUCTS COMPANY, INCORPORATED, A CORPORATION, APPELLANT, v. GUS DREHER AND MARYLAND CASUALTY COMPANY, A CORPORATION, RESPONDENTS.

Argued February 8, 1928—Decided May 14, 1928.

For the appellant, *M. Casewell Heine.*

For the respondent Maryland Casualty Company, *Levitan, Levitan & Auerbach.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Dungan in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HET-FIELD, DEAR, JJ. 15.

*For reversal*—None.